No. 73–1373. SHEPARD ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 73–1374. GARLOCK INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 73–1383. GINGERICH ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1385. KNAPP *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–1393. WHETSTONE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–1449. CARNEY *v.* CENTRAL NEW YORK FREIGHTWAYS ET AL. Super. Ct. N. J. Certiorari denied.

No. 73–1450. IN RE COREY. Sup. Ct. Hawaii. Certiorari denied.

No. 73–1455. EVANS ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–1458. LOUISIANA ET AL. *v.* GULF STATES THEATRES OF LOUISIANA, INC., ET AL. Sup. Ct. La. Certiorari denied.

No. 73–1460. KIRBY, DBA QUIK CHEK OF INDIANA, ET AL. *v.* P. R. MALLORY & Co., INC. C. A. 7th Cir. Certiorari denied.

No. 73–1469. LOHF, TRUSTEE IN BANKRUPTCY *v.* TRAVELERS INDEMNITY Co. C. A. 10th Cir. Certiorari denied.